UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JONATHAN PETERSON, )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>   )<br>   Defendant. ) | CAUSE NO.: 1:04cv2093-SEB-VSS |

**ORDER**

IT IS HEREBY ORDERED that the Plaintiff is entitled to attorney fees in the amount of $1,736.50 pursuant to the Equal Access to Justice Act and that amount should be paid to his attorney, Joseph W. Shull.

Date: 01/13/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana